No. 93–6129.   DIAZ *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 93–6132.   BARTON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 93–6133.   JOHNSON *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA.   C. A. 3d Cir. Certiorari denied.

No. 93–6139.   RAMIREZ *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 93–6140.   MARSHALL *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 93–6144.   BARNES *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 93–6148.   EATMON *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 93–6150.   HEAD *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 93–6153.   JORDAN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 93–6156.   STEWART *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 93–6158.   BEARD *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 93–6159.   BIRTH *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 93–6161.   NIX *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 93–6163.   MOUNT *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 93–6167.   LINDEMANN ET AL. *v.* FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.